1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      PHILLIP R. HERNANDEZ,                         No.  2:19-cv-2414 KJM DB P

12                        Petitioner,

13              v.                                     ORDER

14      JOSIE GASTELO, Warden,

15                        Respondent.

16

17              Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a

18      writ of habeas corpus pursuant to 28 U.S.C. § 2254. Previously, the Court issued findings and

19      recommendations to dismiss this action as untimely. (ECF No. 7.) Upon review of petitioner's

20      objections (ECF No. 9) and good cause appearing, the Court will vacate the findings and

21      recommendations. See Bowen v. Roe, 188 F.3d 1157, 1158-59 (9th Cir. 1999).

22              Since petitioner may be entitled to relief if the claimed violation of constitutional rights is

23      proved, respondent will be directed to file a response to petitioner's habeas petition.

24              In accordance with the above, IT IS HEREBY ORDERED that:

25              1.  The January 29, 2020, findings and recommendations (ECF No. 7) are VACATED;

26              2.  Petitioner's December 2, 2019, motion for extension of time (ECF No. 1) is

27                  GRANTED;

28
                                                      1

3. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  <u>See</u> Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  <u>See</u> Rule 5, 28 U.S.C. foll. § 2254;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Supervising Deputy Attorney General.

Dated:  May 4, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/hern2414.vacate fr+100

2