UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP R. HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JOSIE GASTELO, Warden,<br><br>    Respondent. | No. 2:19-cv-2414 KJM DB P<br><br><br><br>ORDER |

Petitioner requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED:

    1. Petitioner's request for an extension of time (ECF No. 28) is granted; and

    2. Petitioner is granted an extension of time of thirty days from the date of this order in which to file a traverse.

Dated: July 8, 2021

DLB7
hern2414.111

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE