UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP R. HERNANDEZ, | No. 2:19-cv-2414 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| JOSIE GASTELO, Warden, | |
| Respondent. | |

Petitioner, a state prisoner, proceeds pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his 2015 conviction for first degree murder. (ECF No. 3.) The petition's second ground for relief asserts that petitioner's rights under the Fifth and Fourteenth Amendments were violated the trial court admitted evidence obtained after petitioner invoked his right to remain silent during an interview with a detective. See Miranda v. Arizona, 384 U.S. 436 (1966). In the last reasoned state court opinion addressing this ground for relief, the California Court of Appeal reviewed a video exhibit of the interview. See People v. Hernandez, No. C079250, 2018 WL 3566861, at *6 (Cal. Ct. App. July 25, 2018).

Pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, a court may direct the parties to expand the record by submitting additional materials relating to the petition, including exhibits. 28 U.S.C. foll. § 2254, Rule 7.

////

     Good cause appearing, IT IS HEREBY ORDERED that respondent is directed to obtain, if necessary, and then lodge a copy of Exhibit 85, "DVD, Sacramento County District Attorney - Trial Support Services, Interview of Phillip Hernandez, 2/27/13" (see ECF No. 26-2 at 53, Trial Court Exhibit List) within 30 days of the date of this order.

Dated:  November 15, 2022

DLB7
hern2414.r7

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE